IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOEL MUIR,<br>    *Plaintiff,*<br><br>  v.<br><br>JOHN E. WETZEL, et al.,<br>    *Defendants.* | :<br>:<br>:<br>: CIVIL NO. 20-4459<br>:<br>:<br>: |

## ORDER

**AND NOW**, this **21st** day of **March 2024**, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 34), which has been fully briefed (*see* ECF Nos. 45, 46, 50, 52), it is **hereby ORDERED** that, for the reasons stated in the accompanying Memorandum, Defendants' Motion for Summary Judgment (ECF No. 34) is **GRANTED** and judgment is entered in favor of Defendants and against Plaintiff.

The Clerk is directed to **CLOSE** this case.

                 BY THE COURT:

                 */s/ Kai N. Scott*
                 **HON. KAI N. SCOTT**
                 **United States District Court Judge**